AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District WESTERN NEW YORK | |
|---|---|---|
| Name QUARTEY, Daniel Nii Kwartei | Prisoner No. N/A | Case No. A-240399337 |
| Place of Confinement THE BUFFALO FEDERAL DET. FAC 4250 FEDERAL DRIVE, BATAVIA 14020, NY (USA) | | |
| Name of Petitioner (include name under which convicted) QUARTEY, DANIEL N. K. v. | Name of Respondent (authorized person having custody of petitioner) DEPARTMENT OF HOMELAND SECURITY (D.H.S.) | |
| The Attorney General of the State of: NEW YORK. | | |

## PETITION

1. Name and location of court which entered the judgment of conviction under attack   N/A
   N/A

2. Date of judgment of conviction   N/A

3. Length of sentence   N/A

4. Nature of offense involved (all counts)   N/A

5. What was your plea? (Check one)
   (a) Not guilty        G
   (b) Guilty            G     N/A
   (c) Nolo contendere   G
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   N/A

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury         G    N/A
   (b) Judge only   G

7. Did you testify at the trial?
   Yes  G    No  G    N/A

8. Did you appeal from the judgment of conviction?
   Yes  G    No  G    N/A

(2)

AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

(If petitioner is attacking a judgment which imposed a sentence to be served in the future, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion under 28 USC § 2255, in the federal court which entered the judgment.)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

*Instructions–Read Carefully*

(1) This petition must be legibly handwritten or typewritten, and signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed *in forma pauperis,* in which event you must execute form AO 240 or any other form required by the court, setting forth information establishing your inability to pay the costs. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your person account exceeds $ ___N/A___, you must pay the filing fee as required by the rules of the district court.

12/30/2024    P.T.O.

(5) Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, the original and at least two copies must be mailed to the Clerk of the United States District Court whose address is

P.T.O.

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

My EOIR-Case File # = A-240399337
D.O.J)    [My A.#]
12/30/2024
S Batavia (NY)

AO 241    (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court _____ N/A _____

   (b) Result _____ N/A _____

   (c) Date of result and citation, if known _____ N/A _____

   (d) Grounds raised _____ N/A _____

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court _____ N/A _____

   (2) Result _____ N/A _____

   (3) Date of result and citation, if known _____ N/A _____

   (4) Grounds raised _____ N/A _____

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court _____ N/A _____

   (2) Result _____ N/A _____

   (3) Date of result and citation, if known _____ N/A _____

   (4) Grounds raised _____ N/A _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes  G    No  G       N/A

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____ N/A _____

        (2) Nature of proceeding _____ N/A _____

        (3) Grounds raised _____ N/A _____

(3)

AO 241   (Rev. 5/85)

_____ N/A _____

(4) Did you receive an evidentiary hearing on your petition, application or motion?   N/A
    Yes  G    No  G

(5) Result _____ N/A _____

(6) Date of result _____ N/A _____

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____ N/A _____

(2) Name of proceeding _____ N/A _____

(3) Grounds raised _____ N/A _____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
    Yes  G    No  G    N/A

(5) Result _____ N/A _____

(6) Date of result _____ N/A _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
    (1) First petition, etc.      Yes  G    No  G    N/A
    (2) Second petition, etc.     Yes  G    No  G    N/A

N/A
(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____ N/A _____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
    CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241    (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

✓ (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
  (b) Conviction obtained by use of coerced confession.
  (c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
✓ (d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
✓ (e) Conviction obtained by a violation of the privilege against self-incrimination.
✓ (f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant. [Administrative and cyber attacks] 12/30/2024
✓ (g) Conviction obtained by a violation of the protection against double jeopardy.
  (h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
✓ (i) Denial of effective assistance of counsel.
✓ (j) Denial of right of appeal.

A. Ground one: I was ordered deported by an A.F.O.D. [WEISS, E   ] on 08/07/2024 via a Final Admin. Order of Deportation.

Supporting FACTS (state *briefly* without citing cases or law): See the attached notarized copy of the Final Administrative Order of Deportation issued at the ICE-ERO Offices at Chantilly, Loudoun County, VA, USA. This was dated 08-07-2024 [Issue Date]. — See the att'd [cont'd after ↓] 12/30/24

B. Ground two: ✓ PROLONGED LENGTH OF DETENTION (i.e. ≈ 5 MONTHS) [see "ICE Doc. att'd"] 12/30/24

Supporting FACTS (state *briefly* without citing cases or law): MY DUE PROCESS RIGHTS UNDER THE U.S.C. HAVE BEEN DENIED AS THERE STILL REMAINS NO JUSTIFICATION WHATSOEVER FOR MY CONTINUING DETENTION. INFACT IT SHOULDN'T HAVE STARTED IN THE FIRST PLACE

AO 241   (Rev. 5/85)

C. Ground three: My Demographic data have been collected by D.H.S.' ICE-ERO Team. Key references include:

Supporting FACTS (state *briefly* without citing cases or law): ① My Alien # = A-240399337
② My D.H.S Subj. ID # = 395-403-864.

My identifiable information are captured under the above D.H.S. references as to on 12/30/2024. (12/30/2024) See the attached evidence...file...

D. Ground four: I have now exhausted all administrative remedies seemingly available to me as my detention and request for custody

Supporting FACTS (state *briefly* without citing cases or law): reviews are being denied on the grounds of lack of evidence in error. When submitted I still do NOT get them acknowledged whatsoever.

Evidence from ICE, Buffalo, NY. notarized copy of my stay of deportation documentation or at least a signed copy by AFOD HARVEY is attached.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them:

I HAVE NO CRIMINAL HISTORY OR CONVICTIONS IN THE USA/ANYWHERE IN THE WORLD TILL DATE.

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ⊗   No ☐   under: Judge P. CHOI   THE ANNANDALE IMMIG. COURT 7619 Little River Turnpike, Annandale, VA 22003 (USA)

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing THOUGH NOW TOTALLY REVOKED WITHOUT PREJUDICE (as discussed), Ms. KATHARINE GORDON of AMICA REPRESENTED ME.
(b) At arraignment and plea No decision ONGOING BUT IN THE PROCESS OF RE-SCHEDULING FOR THE EOIR, BATAVIA IMMIG. COURT, NY (USA)

① NYS CERT. #/REF. G 28 000 288 741
② A.B.A. Ref #: 467-909
③ See the attached

(6)

AO 241   (Rev. 5/85)

(c) At trial _No decision yet_
_Last date was 11/20/2024 VA 22003 (ANNANDALE IMMIG. COURT)_

(d) At sentencing _N/A_

(e) On appeal _N/A_

(f) In any post-conviction proceeding _N/A_

(g) On appeal from any adverse ruling in a post-conviction proceeding _N/A_

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
   Yes  G   No  G    _N/A_

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
   Yes  G   No  G    _N/A_
   (a) If so, give name and location of court which imposed sentence to be served in the future: _N/A_

   (b) Give date and length of the above sentence: _N/A_

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   Yes  G  ✓  _12/30/2024 YES shortly today 12/30/24_

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_N/A_
Signature of Attorney (if any)

_done now 12/30/24 detainee QUARTEY (applicant)_

I declare under penalty of perjury that the foregoing is true and correct. Executed on _now_

_12-30-2024_
Date

Signature of Petitioner

(7)

25cv0065

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Daniel Quartey

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
Harvey et al

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | PROPERTY RIGHTS | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / PERSONAL PROPERTY | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | LABOR | SOCIAL SECURITY | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / Habeas Corpus: | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | ☐ 791 Employee Retirement Income Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | IMMIGRATION | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / Other: ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education / ☐ 555 Prison Condition | | | |
| | / ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: _____
Brief description of cause: _____

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):* JUDGE _____ DOCKET NUMBER _____

DATE 1/21/25

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP ✓  JUDGE Sinatra  MAG. JUDGE _____



BUFFALO NY 140
7 JAN 2025 PM 1 L

Buffalo Federal Detention Facility

To: The Clerk
The Western District