Judgment in a Civil Case
================================================

United States District Court
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL NII KWARTET QUARTEY | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 25-CV-65 |
| v. | |
| GEORGE P. HARVEY, ET AL | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the petition is dismissed without prejudice.

Date: May 16, 2025                                           MARY C. LOEWENGUTH
                                                                                     CLERK OF COURT

                                                                                      By: s/ Colin
                                                                                          Deputy Clerk